UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTEO FLORES,

       Plaintiff,

                                                      Case No. 1:07-cv-74

v.

                                                      Hon. Wendell A. Miles

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
                                /

ORDER APPROVING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

       On June 6, 2007, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that Defendant's Motion to Dismiss be denied. No objections were filed to the R& R.

       The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, and having reviewed the relevant portions of the file in this matter, determines that the Magistrate Judge has made a thorough and accurate review of all appealable issues and agrees with the reasoning and recommended disposition contained in the R & R. Therefore, the court hereby approves and adopts the R & R as the decision of the court.

       IT IS HEREBY ORDERED that Defendant's Motion to Dismiss (Docket No. 5) is denied.

Dated:  July 5, 2007                                               /s/ Wendell A. Miles
                                                                       Wendell A. Miles
                                                                       Senior U.S. District Judge